IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| STRUCTURLAM MASS TIMBER U.S., INC. *et al*,[1] | ) ) ) ) | Case No. 23-10497 (CTG) |
| Debtor. | ) ) ) | |
| HEATHER L. BARLOW AS LIQUIDATING TRUSTEE OF THE STRUCTURLAM LIQUIDATING TRUST, | ) ) ) ) ) | Adversary Case No. 25-50534 (CTG) |
| Plaintiff, | ) ) | |
| v. | ) ) | **Re: Docket No. 4** |
| DESIMONE CONSULTING CANADA LTD. F/K/A DOWCO CONSULTANTS LTD., | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550 AND TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. § 502**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff Heather L. Barlow as Liquidating Trustee of the Structurlam Liquidating Trust and defendant Desimone Consulting Canada Ltd. f/k/a Dowco Consultants Ltd. ("Defendant"), pursuant to Del. Bankr. L.R. 7012-2, that the time within which the Defendant must move, answer or otherwise

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number or Canadian business number, as applicable, include: Structurlam Mass Timber U.S., Inc. (6287); Natural Outcomes, LLC (n/a); Structurlam Mass Timber Corporation (5050); and SLP Holdings Ltd. (3114). The Debtors have sold substantially all of their assets, and their remaining assets have vested in the Structurlam Liquidating Trust. The Structurlam Liquidating Trust and Liquidating Trustee may be contacted through undersigned counsel.

- 2 -

plead in response to the Amended Complaint [Adv. D.I. 4] in the above-captioned adversary proceeding is hereby extended through and including June 16, 2025.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | TAFT STETTINIUS & HOLLISTER LLP |
|---|---|
| */s/ Donna L. Culver* <br> Donna L. Culver (No. 2983) <br> Matthew B. Harvey (No. 5186) <br> Brenna A. Dolphin (No. 5604) <br> 1201 North Market Street, 16th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 658-9200 <br> Facsimile: (302) 658-3989 <br> Email: dculver@morrisnichols.com <br>    mharvey@morrisnichols.com <br>    bdolphin@morrisnichols.com <br><br> *Attorneys for Plaintiff* <br> *Heather L. Barlow as Liquidating Trustee of the Structurlam Liquidating Trust* | */s/ James M. Jorissen* <br> James M. Jorissen <br> 2200 IDS Center <br> 80 South 8th Street <br> Minneapolis, MN 55402-2157 <br> Telephone: (612) 977-8400 <br> Facsimile: (612) 977-8650 <br> Email: jjorissen@taftlaw.com <br><br> *Attorneys for Defendant* <br> *Desimone Consulting Canada Ltd. f/k/a Dowco Consultants Ltd.* |

May 13, 2025